```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 41788
   LEO G DAWKINS
   ROSETTA L DAWKINS                           CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-2226    SSN XXX-XX-1688

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/10/2004 and was confirmed 01/24/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  33.62% from remaining funds.

     The case was paid in full 01/17/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED           23000.00     3353.20       23000.00
FORD MOTOR CREDIT          UNSECURED          9888.15        .00         3324.00
HOMECOMINGS FINANCIAL      CURRENT MORTG          .00        .00             .00
ATU GOLD MASTERCARD        UNSECURED          2343.37        .00          787.75
SHERMAN ACQUISITION        UNSECURED OTH     1024.70        .00          344.25
CAPITAL ONE SERVICES       UNSECURED         NOT FILED       .00             .00
CAPITAL ONE SERVICES       UNSECURED         NOT FILED       .00             .00
CAPITAL ONE SERVICES       UNSECURED         NOT FILED       .00             .00
CAPITAL ONE SERVICES       UNSECURED         NOT FILED       .00             .00
ECAST SETTLEMENT CORP      UNSECURED           978.04        .00          328.78
FLEET CREDIT CARD          UNSECURED          7945.05        .00         2670.81
ECAST SETTLEMENT CORP      UNSECURED         12915.56        .00         4341.69
ECAST SETTLEMENT CORP      UNSECURED          2052.61        .00          690.01
MBNA AMERICA               UNSECURED         NOT FILED       .00             .00
ECAST SETTLEMENT CORP      UNSECURED          1602.25        .00          538.61
PHILLIPS 66                UNSECURED         NOT FILED       .00             .00
TARGET NATIONAL BANK       UNSECURED           799.34        .00          268.71
TARGET                     NOTICE ONLY       NOT FILED       .00             .00
RETAILERS NATIONAL BANK    UNSECURED         NOT FILED       .00             .00
SHERMAN ACQUISITION        UNSECURED           449.93        .00          151.25
AAFES                      UNSECURED          5121.76        .00         1721.73
WAL MART STORES INC        UNSECURED         NOT FILED       .00             .00
WAL MART STORES INC        UNSECURED         NOT FILED       .00             .00
WELLS FARGO FINANCIAL IL   UNSECURED           798.56        .00          268.44
ERNESTO D BORGES JR        DEBTOR ATTY       2,200.00                    2,200.00
TOM VAUGHN                 TRUSTEE                                       2,666.77
DEBTOR REFUND              REFUND                                           26.36

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 41788 LEO G DAWKINS & ROSETTA L DAWKINS
```

```
TRUSTEE                                      46,682.36

PRIORITY                                                              .00
SECURED                                                         23,000.00
    INTEREST                                                     3,353.20
UNSECURED                                                       15,436.03
ADMINISTRATIVE                                                   2,200.00
TRUSTEE COMPENSATION                                             2,666.77
DEBTOR REFUND                                                       26.36
                                           ----------------   ----------------
TOTALS                                       46,682.36           46,682.36
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 04/24/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE